UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMARI J. MOODY,

Plaintiff,

-against-

CLERK OF COURT, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK; DISTRICT EXECUTIVE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK; OFFICE OF THE DISTRICT EXECUTIVE, ADA COORDINATION UNIT, SDNY.,

Defendants.

26 CIVIL 00221 (LLS)

# CIVIL JUDGMENT

For the reasons stated in the July 17, 2026, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed. 28 U.S.C. §§ 1915(e)(2)(B)(ii)-(iii).

SO ORDERED.

Dated: July 20, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge